UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


LIVIA M. SCOTTO,

      Plaintiff,

v.                                          CASE NO. 8:17-cv-2731-T-23JSS

U.S. FEDERAL DRUG
ADMINISTRATION, et al.,

      Defendants.

_____/


## ORDER

      The magistrate judge recommends (Doc. 4) denying Livia M. Scotto's motion

(Doc. 3) to proceed *in forma pauperis* and recommends dismissing the complaint

(Doc. 1) for failing to comply with the pleading requirements of Rule 8, Federal

Rules of Civil Procedure.  Scotto objects (Doc. 6) to the report and recommendation.

A *de novo* review of the report and recommendation reveals that Scotto's objections

are meritless.

      Accordingly, Scotto's objections (Doc. 6) are **OVERRULED**, and the report

and recommendation (Doc. 4) is **ADOPTED**.  Scotto's complaint (Doc. 1) and

amended complaint (Doc. 7) are **DISMISSED**.[*]  Scotto's motions (Docs. 3, 8) to

_____

[*] Scotto's amended complaint (Doc. 7) suffers from the same deficiencies as the complaint.

proceed *in forma pauperis* are **DENIED**, and Scotto's motion (Doc. 5) to appoint

counsel is **DENIED**.  The clerk is directed to close the case.

ORDERED in Tampa, Florida, on January 2, 2018.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE